IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSCAR RIVAS,<br><br>               Plaintiff,<br><br>v.<br><br>PROSPERO EQUIPMENT CORP., et al.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 17-3028 |

## **ORDER**

**AND NOW**, this 5th day of September 2018, upon consideration of Plaintiff's Motion to Reopen and Supplement the Record (Doc. No. 21) and Defendants' Response in Opposition (Doc. No. 22), the arguments of counsel for the parties at the hearing held on July 11, 2018, and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Plaintiff's Motion (Doc. No. 21) is **DENIED**.

                                                  BY THE COURT:

                                                  /s/ Joel H. Slomsky
                                                  JOEL H. SLOMSKY, J.